JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>$147,220.02 IN U.S. CURRENCY, et al.,<br><br>  Defendants.<br><br>GERARD GORYL,<br><br>  Claimant. | No. 2:15-CV-02673-DDP (PJWx)<br><br>CONSENT JUDGMENT OF FORFEITURE |

    Plaintiff United States of America and Claimant Gerard Goryl have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

///

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6).

3. Notice of this action has been given as required by law, including Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court.  Gerard Goryl filed a claim and answer, and the time for any other parties to file claims and answers has expired.  All potential claimants to the defendants $147,202.02 in U.S. Currency, three assorted televisions, 169 assorted electric guitars, five assorted wrist watches, 13 pieces of assorted stereo equipment and one 1966 Shelby Cobra, VIN SVMXX15610 (collectively, the "defendants"), are deemed to have admitted the allegations of the Complaint except Gerard Goryl.   The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

4. The following assets shall be returned to Claimant Gerard Goryl through his counsel: three assorted televisions; 169 assorted electric guitars; five assorted wrist watches; 13 pieces of assorted stereo equipment; one 1966 Shelby Cobra, VIN SVMXX15610, and $17,220.02 in U.S. Currency, without interest.

5. The United States of America shall have judgment as to $130,000.00 in U.S. Currency, and all interest earned on the entirety of the defendant $147,202.02 in U.S. Currency since seizure, and no other right, title or interest shall exist therein.  The government shall dispose of these forfeited funds according to law.

6. There was reasonable cause for the seizure of the defendants and institution of these proceedings.  This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

//

7. Each of the parties shall bear its own fees and costs in connection with the seizure and retention of the defendants and the litigation of this action.

IT IS SO ORDERED.

Dated: __March 16__, 2021

_____
THE HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

3